IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDDIE LEE WOLFE, JR.                                                    PLAINTIFF

VS.                                         CIVIL ACTION NO.  5:05cv193DCB-MTP

JAMES T. WILLIAMS, Sheriff of
Yazoo County; and
BOOKER MCQUADE, Jail Administrator
of Yazoo County Jail                                                        DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that defendants' motion for summary judgment [24] is granted and this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' motion for summary judgment [24] is granted and the above captioned cause is hereby dismissed with prejudice.

SO ORDERED this the   4th   day of   September  , 2007.

                                                           s/ David Bramlette
                                           UNITED STATES DISTRICT JUDGE